**[This opinion has been published in *Ohio Official Reports* at 73 Ohio St.3d 46.]**

THE STATE EX REL. MAY, APPELLANT, *v.* CISSELL, CLERK, ET AL., APPELLEES.

**[Cite as *State ex rel. May v. Cissell*, 1995-Ohio-29.]**

*Mandamus to compel correction of trial court records—Writ denied when adequate remedy in the ordinary cause of law via App.R. 9(E) exists.*

(Nos. 95-546 and 95-547—Submitted June 21, 1995—Decided August 9, 1995.)

APPEALS from the Court of Appeals for Hamilton County, Nos. C-940988 and C-941043.

_____

*Morris May, pro se*.

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Christian J. Schaefer*, Assistant Prosecuting Attorney, for appellees.

_____

{¶ 1} The judgments of the court of appeals dismissing the complaints for writs of mandamus are affirmed on the basis that appellant possesses an adequate remedy in the ordinary course of law to correct the trial court records via App.R. 9(E). See *State ex rel. Howard v. Ferreri* (1995), 70 Ohio St.3d 587, 592, 639 N.E.2d 89, 1194-1195, and cases cited therein.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

_____